UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

SHERRY HANSON
aka Sharareh Hanson
aka Sharareh S Hanson

            Debtor.

NOTICE OF MOTION

CASE #: 8-19-73928-reg

CHAPTER 7

---

     **PLEASE TAKE NOTICE** that upon the annexed Application of Wells Fargo Bank, N.A., a secured creditor of the Debtor, by the undersigned will move this Court at the United States Bankruptcy Court, Alfonse M D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722 on August 26, 2019 at 9:30 a.m., or as soon thereafter as Counsel may be heard, for an Order pursuant to Bankruptcy Code Section 362(d), granting Wells Fargo Bank, N.A., as mortgagee of the Debtor's property located at 1 Arrandale Rd, Rockville Centre, NY 11570-1522, relief from the automatic stay for the purpose of foreclosing its Mortgage, and for such other and further relief as the Court deems just and proper.

     **PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(a), ANY ANSWERING PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.**

DATED:    *07/01/2019*
              Rochester, New York

                                                */s/ Aleksandra K. Fugate, Esq.*
                                                WOODS OVIATT GILMAN LLP
                                                Aleksandra K Fugate, Esq.
                                                Attorneys for Secured Creditor
                                                500 Bausch & Lomb Place
                                                Rochester, NY 14604
                                                Telephone: 855-227-5072

100204-2

TO:

Craig D. Robins
Law Office of Craig D Robins
35 Pinelawn Road, Ste 218-E
Melville, NY 11747

Sherry Hanson
1 Arrandale Rd
Rockville Centre, NY 11570-1522

Carl Hanson
1 Arrandale Rd
Rockville Centre, NY 11570-1522

Mahin Stutman
1 Arrandale Rd
Rockville Centre, NY 11570

Allan B. Mendelsohn
Allan B. Mendelsohn, LLP
38 New Street
Huntington, NY 11743

Office of the U.S. Trustee - Eastern Central Islip
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

100204-2